

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LAURA CARSNER, | § | |
| | | No. 08-11-00326-CR |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 171st District Court |
| THE STATE OF TEXAS, | § | |
| | | of El Paso County, Texas |
| Appellee. | § | |
| | | (TC# 20090D05416) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's judgment and remand the cause for new trial, in accordance with the opinion of the Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF OCTOBER, 2013.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, J., and Larsen, J. (Senior Judge)
Larsen, J. (Senior Judge), sitting by assignment